UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTANGO, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION,<br><br>    Defendant. | Case No. 20-cv-02688-NC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 2 |

Before the Court is plaintiff Intango, LTD's administrative motion to seal portions of its complaint and an exhibit to that complaint. *See* Dkt. No. 2. As the Court previously noted, when a party seeks to seal a judicial record that is more than tangentially related to the underlying cause of action, it must articulate "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 474 F.3d 1172, 1178 (9th Cir. 2006). Compelling reasons exists when court records may be used "to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179. The compelling reasons standard applies here as the motion seeks to seal portions of the complaint, which is more than tangentially related to the underlying cause of action. *Kamakana*, 474 F.3d at 1178.

On May 5, 2020, Mozilla filed a declaration, outlining the asserted reasons for sealing. *See* Dkt. No. 10. Mozilla contends that publicly filing unredacted versions of the

complaint or exhibit would reveal Mozilla's confidential technical capabilities and business strategies. *See id.* ¶¶ 3–5. Preventing the release of trade secrets is a compelling reason to seal. *See Kamakana*, 474 F.3d at 1179.

Mozilla, however, does not seek to seal portions of paragraphs 43, 67, and 106 of the complaint identified in Intango's motion. Accordingly, the Court GRANTS IN PART Intango's motion, but DENIES IN PART the motion as to those three paragraphs. Intango must file a redacted version of the complaint with paragraphs 43, 67, and 106 unredacted by **May 21, 2020**.

**IT IS SO ORDERED.**

Dated:  May 7, 2020             _____
                                NATHANAEL M. COUSINS
                                United States Magistrate Judge